UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
SHALONDA D WEAVER  CASE NO. 05-45053-PJS
  JUDGE PHILLIP J SHEFFERLY

Debtor_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| SHALONDA D WEAVER<br>15742 PARK VILLAGE BLVD<br>TAYLOR, MI 48180 | 0 | 0 | Creditor Unclaimed | 3396737 | $28.16 |
| **TOTAL** | | | | | $28.16 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

August 02, 2010

/s/ KRISPEN S. CARROLL_____
KRISPEN S. CARROLL (P49817)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com